# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| Quan Jordan,<br>*Plaintiff*<br>v.<br>Michael Sheets, Warden,<br>*Defendant* | ) ) ) ) ) Civil Action No. 2:10-cv-34 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other: **The Report and Recommendation is ADOPTED and AFFIRMED. This action is hereby DISMISSED.**

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

    decided by Judge _____ on a motion for _____.

Date: Jun 29, 2012

*CLERK OF COURT*

s/Denise Shane, Deputy Clerk

*Signature of Clerk or Deputy Clerk*